■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BURNIE E. DANIELS, Appellant. (Appeal No. 1.) [612 NYS2d 696]

—Judgment unanimously reversed on the law and new trial granted. Memorandum: Because he was absent from the *Sandoval* hearing, defendant was deprived of his right to be present at all material stages of the proceedings against him *(see, People v Dokes,* 79 NY2d 656, 662; *People v Hall,* 201 AD2d 891). Contrary to the People's contention, defendant's presence at the *Sandoval* hearing would not have been superfluous *(see, People v Odiat,* 82 NY2d 872; *People v Favor,* 82 NY2d 254). (Appeal from Judgment of Monroe County Court, Marks, J.—Petit Larceny.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.